# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                  Case No.: 23-CR-20652-2

v.                                                                   Hon. F. KAY BEHM
                                                                     U.S. District Judge

PRESTON CREED-BOEHM,

    Defendant.

## ORDER AUTHORIZING CLERK TO DEPOSIT FUNDS INTO COURT REGISTRY

      Before this Court is an Unopposed Motion to Deposit Funds into the Registry of the Court to authorize the Clerk of the Court to accept and hold funds in trust on behalf of the Defendant, Preston Creed-Boehm's, criminal monetary penalties until entry of the Defendant's judgment, restitution order, or other order of this Court in the above referenced matter. Upon consideration of the Motion, the Court grants said Motion and Orders that the Clerk of this Court take receipt of any such payment tendered by the Defendant or his representative and deposit the funds into the Court Registry until entry of the Defendant's judgment, restitution order, or other order of this Court.

      SO ORDERED.

Date: January 30, 2026                      s/F. Kay Behm
                                                    F. Kay Behm
                                                    United States District Judge