**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

PRESTON CREED-BOEHM,

      Defendant.

_____/

Case No. 23-20652
Hon. F. Kay Behm

**ORDER GRANTING UNOPPOSED MOTION TO SEAL SENTENCING**
**MEMORANDUM AND EXHIBIT AND TO PERMIT REDACTED FILING**

Upon reading the Unopposed Motion and the Court being duly advised in the premises:

**IT IS HEREBY ORDERED** that the Defendant's Motion to Seal Sentencing Memorandum and Exhibit is GRANTED.

**IT IS FURTHER ORDERED** that Defendant is permitted to file under seal his Sentencing Memorandum and Exhibit A, and that the same shall be sealed until further order of the Court.

**IT IS FURTHER ORDERED** that Defendant shall file on the public docket his sentencing memorandum redacted of the information that is justifiably sealed.

**SO ORDERED.**

Date: June 15, 2026

      s/F. Kay Behm
      F. Kay Behm
      United States District Judge