UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

PRESTON CREED-BOEHM,

Defendant.
____________________________/

Case No. 23-cr-20652-2

Hon. F. Kay Behm
United States District Judge

**ORDER TO TRANSFER FUNDS FROM TREASURY REGISTRY ACCOUNT AND TO MAKE DISTRIBUTIONS**

On January 30, 2026, the Court entered an order requiring the Clerk of the Court to accept and hold funds on behalf of Defendant's, Preston Creed-Beohm's, criminal monetary penalties until entry of a judgment, restitution order, or other order of this Court. ECF No. 118.

A final judgment as to Defendant was entered on June 17, 2026. ECF No. 134. Accordingly, the Clerk of the Court is **DIRECTED** to transfer the funds and all accrued interest, if any, currently held in the Treasury Registry Fund to the restitution fund. It is further **ORDERED** that the Clerk of the Court

distribute the funds to the victims in accordance with the terms of the judgment entered in this case.

**SO ORDERED.**

Date: September 9, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge